

Phone: (800) 516-3834
Fax: (888) 905-6767
Email: customerservice2018@abacuscc.org

**Only $25 per individual or couple**
Visit www.abacuscc.org

**Date:** November 28, 2018
**Recipient:** Fax number: 7187097572
**Subject:** Abacus Credit Counseling certificate: Hector Benitez
**Pages:** 2
**Comments:**
Thank you for using Abacus Credit Counseling! Attached please find Hector Benitez's certificate of completion for a credit counseling briefing.

Regards,

Abacus Credit Counseling
Course Website: www.abacuscc.org
Email: customerservice2018@abacuscc.org
Phone: 800-516-3834

Certificate Number: 12459-NYE-CC-031957379



12459-NYE-CC-031957379

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 28, 2018</u>, at <u>6:09</u> o'clock <u>AM PST</u>, Hector Benitez received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>November 28, 2018</u>           By:    <u>/s/Viviana Maizberain</u>

                                        Name:  <u>Viviana Maizberain</u>

                                        Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).